# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:15-CR-183** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ANTHONY AUSTIN GASKIN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of December, 2015, upon consideration of defendant Anthony Austin Gaskin's motion (Doc. 42) to suppress evidence in the above-captioned matter, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania